Brian A. Paino (SBN 251243)
bpaino@hinshawlaw.com
Helen Mosothoane (SBN 254511)
hmosothoane@hinshawlaw.com
Zeeshan Iqbal (SBN 337990)
ziqbal@hinshawlaw.com
**HINSHAW & CULBERTSON LLP**
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone:    213-680-2800
Facsimile:    213-614-7399

Attorneys for *Defendants* SELENE FINANCE LP and U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF2 ACQUISITION TRUST

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN BEETS, as Successor in Interest to Billie Ray Beets and Lily F. Beets,<br><br>Plaintiff,<br><br>v.<br><br>SELENE FINANCE LP; U.S. BANK NATIONAL TRUST ASSOCIATION, as Owner Trustee for RCF 2 Acquisition Trust; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02647-DJC-CKD<br><br>**ORDER APPROVING STIPULATION EXTENDING DEFENDANTS SELENE FINANCE LP AND U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF2 ACQUISITION TRUST'S RESPONSE DEADLINE** |

Having reviewed the *Stipulation Extending Defendant Selene Finance LP and U.S. Bank Trust National Association, Not in its Individual Capacity But Solely as Owner Trustee for RCF2 Acquisition Trust's*[1] *Response Deadline* (the "Stipulation") is entered into by and between *Defendants* Selene Finance LP and U.S. Bank Trust National Association, Not in its Individual Capacity But Solely as Owner Trustee for RCF2 Acquisition Trust (collectively, the "Defendants") and *plaintiff* Robin Beets, as Successor in Interest to Billie Ray Beets and Lily F. Beets ("Plaintiff"), and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

---

[1] Erroneously sued as U.S. Bank National Trust Association, as Owner Trustee for RCF 2 Acquisition Trust.

**ORDER APPROVING STIPULATION EXTENDING DEFENDANTS' RESPONSE DEADLINE**

89609\326372530.v1

    **IT IS FURTHER ORDERED** that the deadline for Defendants to respond to Plaintiff's Complaint is hereby extended to **October 23, 2025**.

    **IT IS SO ORDERED.**

Dated: October 1, 2025
                                        /s/ Daniel J. Calabretta
                                                         THE HONORABLE DANIEL J. CALABRETTA
                                                         UNITED STATES DISTRICT JUDGE